IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR241 |
| vs. | ) | |
| | ) | TRIAL ORDER |
| PETER CHARLES URQHART, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was removed from the trial docket on August 17, 2005, at the request of the defendant. A plea hearing was set for September 6, 2005, at which time the defendant requested that the case be returned to the trial docket.

**IT IS ORDERED:**

1. This case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin Tuesday, **September 13, 2005 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person.

2. Any motions for a continuance of this trial date shall be electronically filed on or before the close of business on **September 8, 2005** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

3. Counsel for the United States shall confer with defense counsel and electronically file a status report no later than **September 8, 2005** advising the court of the anticipated length of trial.

**DATED September 6, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**