## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR241** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **PETER CHARLES URQHART,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the time until December 7, 2005, to file a motion for downward departure (Filing No. 36).

IT IS ORDERED:

1. The Defendant's motion to extend the time until December 7, 2005, to file a motion for downward departure (Filing No. 36) is granted; and

2. Any motions for downward departure filed by the defense shall be filed on or before December 7, 2005.

DATED this 22nd day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge