IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR241 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| PETER CHARLES URQHART, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the Defendant's motion to file a document under seal (Filing No. 38).

IT IS ORDERED that the Defendant's motion to file a document under seal (Filing No. 38) is granted.

DATED this 8th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge